# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2019

158669

KRISHNA KRUPA, INC.,
        Plaintiff/
        Counterdefendant-Appellant,

v

CITY OF FERNDALE,
        Defendant/
        Counterplaintiff-Appellee.

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158669
COA: 337224
Oakland CC: 2016-152020-CZ

_____/

On order of the Court, the application for leave to appeal the August 14, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2019



Clerk

t0918